# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ASHLEY WHITAKER FINCH

NO. 2025 KW 1095

**DECEMBER 11, 2025**

---

In Re:     Ashley Whitaker Finch, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2202526.

---

**BEFORE:     THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** This court cannot adequately review the district court's ruling herein. Counsel failed to include a copy of the transcript of the hearings held on August 27, 2025 and September 29, 2025, and any exhibits introduced by the parties. See **City of Baton Rouge v. Plain,** 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event counsel elects to file a new application with this court, he may do so on or before February 12, 2026. Any future filing on this issue shall include the entire contents of this application, the missing items noted above, and a copy of this ruling.

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT